UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CNN AMERICA, INC. )<br>Petitioner )<br> )<br>v. )<br> )<br>NATIONAL LABOR RELATIONS )<br>BOARD )<br>Respondent ) | No. 14-1180<br>15-1112 |

CROSS-APPLICATION FOR ENFORCEMENT
OF AN ORDER OF THE
NATIONAL LABOR RELATIONS BOARD

The National Labor Relations Board hereby cross-applies to the Court for enforcement of its Order issued against CNN America, Inc., on September 15, 2014, in Board Case Nos. 05-CA-031828 and 05-CA-033125, reported at 361 NLRB No. 47. On September 16, 2014, the Petitioner, CNN America, Inc., filed a petition with this Court to review the same Board order. The Board seeks enforcement of its Order in full.

The Court has jurisdiction over this cross-application pursuant to Section 10(e) and (f) of the National Labor Relations Act, as amended (29 U.S.C. § 160(e) and (f)), because the Petitioner is aggrieved by the Board's order.

Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.
this 22nd day of April 2015

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CNN AMERICA, INC.      )
      Petitioner    )
                     )
v.                     )  No. 14-1180
                     )
NATIONAL LABOR RELATIONS )
BOARD                  )
      Respondent    )

CERTIFICATE OF SERVICE

The undersigned certifies that one copy of the Board's cross-application for enforcement of its order is being served today by first-class mail upon the following counsel:

    Zachary D. Fasman, Esquire
    Proskauer Rose LLP
    Eleven Times Square
    New York, NY   10036-8299

    Lisa H. Reeves, Esq., Senior Counsel
    CNN America, Inc.
    1 Cnn Center NW
    Atlanta, GA   30303-2762

    Peter Chatilovicz, Esq.
    Michael A. Viccora, Esq.
    Seyfarth Shaw, LLP
    975 F Street, NW
    Washington, DC   20004-1454

Brian Powers, Esq.
Keith Bolek, Esq.
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, NW
Washington, DC 20016

/s/ Linda Dreeben
Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W.
Washington, D.C. 20570

Dated at Washington, D.C.
this 22nd day of April 2015